Kenneth L. Neeley, 025899
Brian M. Blum, 024243
**NEELEY LAW FIRM, PLC**
2250 E. Germann Rd., Ste. 11
Chandler, Arizona 85286
Tel: 480.802.4647 | Fax: 480.907.1648
info@neeleylaw.com

*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>Marcus William Sparks,<br>　　　　Debtor. | Chapter 7<br>Case No.: 2:13-bk-03024-EPB<br>**Declaration of Debtor Marcus William Sparks in Support of His Response to Trustee's Objection to Property Claimed Exempt** |

This Declaration is made by Marcus William Sparks, Debtor in the Chapter 7 case captioned above.

I, Marcus William Sparks, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1. I am over 18 years of age and competent to make this Declaration.
2. The term "Equipment" used in this declaration has the same meaning as defined in contemporaneously filed Response to Trustee's Objection to Property Claimed Exempt.
3. I am the Debtor in this Chapter 7 case.
4. I have lived in Arizona for more than two years prior to filing this bankruptcy case.
5. I have owned and operated the partnership known as Creative Sparks Productions since 2003.
6. Creative Sparks Productions did previously own the Equipment.
7. Creative Sparks Productions transferred its interest in the Equipment to me pursuant to an agreement between the partners at a partnership meeting. A copy of meeting

1.     minutes is attached here as Exhibit 1.
2. 8. I use the Equipment to perform work for Creative Sparks Productions.
3. 9. I declare under penalty of perjury that the foregoing is true, correct, and accurate to the best of my knowledge. I have been informed and understand that under 28 U.S.C. § 1746, this Declaration under penalty of perjury, and my statements herein, have the same force and effect as if made under oath in a sworn affidavit. If called to testify regarding the foregoing facts and statements, my testimony would be consistent with all the foregoing.

DATED: May 28, 2013

                                        */s/Marcus William Sparks*
                                        Marcus William Sparks
                                        *Debtor*

Exhibit 1

# Creative Sparks Productions | MINUTES

Meeting date | time **3/4/2013 12:00 AM** | Meeting location **Phone meeting**

| | | |
|---|---|---|
| Meeting called by | Marcus Sparks | Attendees |
| Type of meeting | Financial Matters | Marcus Sparks |
| Note taker | Marcus Sparks | William Sparks |

## AGENDA TOPICS

Agenda topic **Payment for services** | Presenter **Marcus Sparks**

Discussion : The partnership discussed the cash flow situation for the past year. As business has been slow, there has not been enough cash for Marcus to take a salary or draw. Marcus puts in 5-10 hours a week on marketing efforts, networking meetings, accounting, and general business operations, plus time spent on actual contracted projects. The partnership agrees to transfer ownership of specific equipment to Marcus in exchange for work performed in the last 12 months.

Conclusion : The equipment to be transferred is a) The company's desktop computer tower, including the additional external hard drive storage unit, b) MOTU HD Express I/O device, c) Samson audio mixer, d) Samsung 25" Monitor, e) Sony HVRA1U camera, f) Senheiser wireless mic system, g) Bogen tripod and head, h) JVC SVHS/DV deck, and i) the company's DVD duplicator. This transfer is effective immediately. The partnership will no longer take a depreciation deduction on any of the equipment not already depreciated or expensed out. Marcus must maintain the equipment in working order for use in contracted projects and business operations, unless the partners agree a specific item is no longer necessary.

I confirm the accuracy of these minutes

_[signature]_ 3/4/13                 _[signature]_ 3/4/2013

Marcus Sparks, Partner     Date            William Sparks, Partner     Date